UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE ADAM GROUP, INC. of MIDDLE TENNESSEE, d/b/a PLAYMAKER CRM, ) ) ) ) Plaintiff, ) ) ) ) vs. ) ) ) DANIEL CHRISTOPHER TUNNELL, ) KEAGAN BROWN, ANNIE TUNNELL ) McDANIEL, and KARL DUMAS, ) ) Defendants. ) | CASE NO. 3:13-00258 JUDGE SHARP/KNOWLES JURY TRIAL DEMANDED |

## ORDER

I hereby recuse myself in the above-styled action. The Initial Case Management Conference set for May 13, 2013, at 10:30 a.m. is cancelled to be reset by the Magistrate Judge assigned to this action.

E. Clifton Knowles
United States Magistrate Judge