TUVWXÞYÜZ[VWW

Kevin H. Sharp

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| THE ADAM GROUP, INC. OF MIDDLE TENNESSEE, D/B/A PLAYMAKER CRM | ) ) ) | |
| *Plaintiff* | ) ) | Civil Action No. |
| v. | ) ) | 3:13-CV-00258-TCB |
| DANIEL CHRISTOPHER TUNNELL, KEAGAN BROWN, ANNIE TUNNELL MCDANIEL, AND KARL DUMAS | ) ) ) ) | |
| *Defendants* | ) | |

## MOTION FOR LEAVE TO FILE
## REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

Defendants Daniel Christopher Tunnell, Keagan Brown, Annie Tunnell McDaniel, and Karl Dumas (collectively referred to herein as "Defendants"), pursuant to LR 7.01, respectfully request that the Court grant leave for Defendants to file a Reply Brief in Support of their Motion to Dismiss (Doc. 9). As grounds for this Motion, Defendants state as follows:

1. On April 11, 2013, Defendants filed their Motion to Dismiss and Memorandum in Support (Doc. 9 and Doc. 10 respectively).

2. Plaintiff The Adam Group, Inc. of Middle Tennessee, d/b/a Playmaker CRM (hereinafter "Playmaker") filed an Opposition to Defendants' Motion to Dismiss on April 29, 2013 (Doc. 18).

3. LR 7.01 provides in pertinent part that "A reply memorandum may be filed upon leave of Court." LR 7.01(b). The Court has not yet set a hearing on the Motion to Dismiss. Defendants are simply trying to ensure that all issues are properly briefed prior to any hearing on the Motion to Dismiss and several issues were raised in the Opposition that bear comment by