*ORDER:*
*Motion granted.*
*John Bryant,*
*USMJ*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THE ADAM GROUP, INC. OF MIDDLE TENNESSEE, d/b/a PLAYMAKER CRM, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 3:13-CV-00258 |
| vs. | ) ) | Judge Sharp |
| DANIEL CHRISTOPHER TUNNELL, KEAGAN BROWN, ANNIE TUNNELL McDANIEL, and KARL DUMAS, Defendants. | ) ) ) ) ) | Magistrate Judge Knowles **JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF**

Plaintiff hereby moves for leave to file a reply brief in support of Plaintiff's Motion to Extend Deadline for Discovery (Dkt. No. 42). A reply brief will assist the Court in understanding the issues set forth in this motion. The proposed reply brief is attached to this Motion as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that its motion to file a reply brief be granted and that the attached proposed reply brief be accepted and entered on the docket for the Court's consideration in deciding the Motion to Extend Deadline for Discovery.

Respectfully submitted,

*/s/ Paige Waldrop Mills*
Eli J. Richardson
Paige Waldrop Mills
Joshua R. Denton
BASS, BERRY & SIMS PLC
150 Third Avenue South
Suite 2800