UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE ADAM GROUP, INC. OF MIDDLE TENNESSEE, d/b/a PLAYMAKER CRM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | No. 3:13-00258<br>Judge Sharp |
| DANIEL CHRISTOPHER TUNNELL, ) KEAGAN BROWN, ANNIE TUNNELL ) McDANIEL, and KARL DUMAS, ) ) | |
| Defendants. ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, Defendants' Motion to Dismiss (Docket No. 9) is hereby DENIED. This case is returned to Magistrate Judge Knowles for further pretrial management and consideration of the outstanding discovery motions (Docket Nos. 33, 34, 35, 39, 40, 42, 48 & 55).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE